## DWAIN CHARLTON *v.* COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15198) is granted, limited to the following issue:

"Does the failure of a person aggrieved by a decision on a petition for habeas corpus to seek certification to appeal within the time limits of General Statutes § 52-470 (b) deprive the Appellate Court of subject matter jurisdiction over the appeal?"

The Supreme Court docket number is SC 15450.

*James A. Shanley, Jr.*, special public defender, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided June 17, 1996

## PAUL MILLER *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15461) is denied.

*Paul Miller*, pro se, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided June 17, 1996